An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES H. HILL,
Appellant,
vs.
JAMES GREG COX,
Respondent.

No. 61798

**FILED**

MAY 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from a district court order dismissing appellant's action. First Judicial District Court, Carson City; James E. Wilson, Judge.

The district court entered an order dismissing appellant's case after appellant failed to comply with the district court's previous order that appellant must file a complaint or have his case dismissed. On appeal, appellant argues that it was error to dismiss his case where (1) the justice court demanded that he produce his grievance reports along with his complaint in order to demonstrate that he had exhausted his administrative remedies, and (2) appellant was unable to obtain copies of the grievance reports without a court order.

A district court has the inherent power to dismiss a case for failure to comply with its orders. *Moore v. Cherry*, 90 Nev. 390, 393, 528 P.2d 1018, 1020 (1974). This court reviews a district court's order of dismissal for failure to comply with court orders for abuse of discretion. *Id.* at 394, 528 P.2d at 1021. Appellant does not dispute that he did not comply with the district court's order to file a complaint, and the record shows that appellant sent a letter to the district court clerk regarding his status in response to the district court's order, rather than filing a proper

14-15697

complaint. *See* NRCP 3 ("A civil action is commenced by filing a complaint with the court."). Thus, we conclude that the district court did not abuse its discretion. *See Moore*, 90 Nev. at 393-94, 528 P.2d at 1020-21. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. James E. Wilson, District Judge
        Charles H. Hill
        Attorney General/Carson City
        Carson City Clerk

_____

[1]We have considered the proper person motions that appellant has filed, conclude that they do not warrant reversal, and deny them as moot.

